# MEMORANDUM DECISIONS.

William Moore Angas and Charles H. Booker, Plaintiffs in Error, vs. Walter Overstreet, Defendant in Error.

Writ of error to Circuit Court Duval county.

*Geo. P. Raney and John T. Walker,* for Plaintiffs in Error.

*W. B. Young,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error.
Writ of error dismissed on motion of counsel for defendant in error.